ORIGINAL

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 02 2022

at /0 o'clock and 05 min. a M
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. CR22 00047 LEK |
|---|---|
| Plaintiff, | ) INDICTMENT |
| v. | ) [18 U.S.C. § 875(c); |
| | ) 18 U.S.C. § 844(e)] |
| BRYAN MELVIN BRANDENBURG, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

Count 1
Transmitting a Threat in Interstate Commerce
(18 U.S.C. § 875(c))

On or about May 4, 2022, in the District of Hawaii, the defendant, BRYAN MELVIN BRANDENBURG, knowingly and willfully did transmit in interstate commerce from the State of Hawaii, to the State of Utah, a communication via electronic transmission to Victim 1 and Victim 2 and other people, and the communication contained a threat to injure people, including Victim 1 and 2, who were within the Utah State Court's Third Judicial District Courthouse in Salt Lake City, that is to bomb the Third Judicial District Courthouse in Salt Lake City, Utah.

All in violation of Section 875(c) of Title 18 of the United States Code.

Count 2
Threat and Conveying False Information Concerning Use of an Explosive
(18 U.S.C. § 844(e))

On or about May 4, 2022, in the District of Hawaii, the defendant, BRYAN MELVIN BRANDENBURG, through an instrument of interstate commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false concerning an attempt and an alleged attempt being made, to unlawfully threaten to kill, injure and intimidate any individual, and to unlawfully damage and destroy any building and other real property, by means of an

\\

\\

explosive, that is to bomb the Third Judicial District Courthouse in Salt Lake City, Utah.

In violation of Title 18, United States Code, Section 844(e).

Count 3
Threat and Conveying False Information Concerning Use of an Explosive
(18 U.S.C. § 844(e))

On or about May 4, 2022, in the District of Hawaii, the defendant, BRYAN MELVIN BRANDENBURG, through an instrument of interstate commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false concerning an attempt and an alleged attempt being made, to unlawfully threaten to kill, injure and intimidate any individual, and to unlawfully damage and destroy any building and other real property, by means of an explosive, that is to bomb the Utah State Capitol.

In violation of Title 18, United States Code, Section 844(e).

Count 4
Threat and Conveying False Information Concerning Use of an Explosive
(18 U.S.C. § 844(e))

On or about May 4, 2022, in the District of Hawaii, the defendant, BRYAN MELVIN BRANDENBURG, through an instrument of interstate commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false concerning an attempt and an alleged attempt being made, to

unlawfully threaten to kill, injure and intimidate any individual, and to unlawfully damage and destroy any building and other real property, by means of an explosive, that is to bomb the Mayor's office in Salt Lake City, Utah.

In violation of Title 18, United States Code, Section 844(e).

Count 5
Threat and Conveying False Information Concerning Use of an Explosive
(18 U.S.C. § 844(e))

On or about May 4, 2022, in the District of Hawaii, the defendant, BRYAN MELVIN BRANDENBURG, through an instrument of interstate commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false concerning an attempt and an alleged attempt being made, to unlawfully threaten to kill, injure and intimidate any individual, and to unlawfully damage and destroy any building and other real property, by means of an explosive, that is to bomb "every Ivy League School," starting with MIT, Yale, and Harvard.

In violation of Title 18, United States Code, Section 844(e).

Count 6
Threat and Conveying False Information Concerning Use of an Explosive
(18 U.S.C. § 844(e))

On or about May 4, 2022, in the District of Hawaii, the defendant, BRYAN MELVIN BRANDENBURG, through an instrument of interstate commerce,

willfully made a threat, and maliciously conveyed false information knowing the same to be false concerning an attempt and an alleged attempt being made, to unlawfully threaten to kill, injure and intimidate any individual, and to unlawfully damage and destroy any building and other real property, by means of an explosive, that is to bomb the United States Courthouse in San Diego.

In violation of Title 18, United States Code, Section 844(e).

### Count 7
Threat and Conveying False Information Concerning Use of an Explosive
(18 U.S.C. § 844(e))

On or about May 6, 2022, in the District of Hawaii, the defendant, BRYAN MELVIN BRANDENBURG, through an instrument of interstate commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false concerning an attempt and an alleged attempt being made, to unlawfully threaten to kill, injure and intimidate any individual, and to unlawfully damage and destroy any building and other real property, by means of an

\\

\\

\\

\\

\\

\\

explosive, that is to bomb Hall Labs and the University of Utah Center for Medical Innovation.

In violation of Title 18, United States Code, Section 844(e).

DATED: June 2, 2022, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney

DARREN W.K. CHING
Assistant U.S. Attorney

United States v. Bryan Melvin Brandenburg
Indictment
Cr. No. CR22 00047 LEK

6