UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BRYAN MELVIN BRANDENBURG,<br><br>　　　　　Defendant. | CR. NO. 22-00047 LEK |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JUL 21 2023 at 1 o'clock and 30 min. PM CLERK, U.S. District Court

### VERDICT FORM

We, the Jury, unanimously find the following:

### Count 1

With respect to Count 1, the charge of Transmitting a Threat In Interstate Commerce, in violation of Section 875(c) of Title 18 of the United States Code, we find Defendant BRYAN MELVIN BRANDENBURG:

_____ Not Guilty          __X__ Guilty

### Count 2

With respect to Count 2, the charge of Making Any Threat or Conveying False Information Concerning Use of an Explosive, in violation of Section 844(e) of

1

Title 18 United States Code, we find Defendant BRYAN MELVIN BRANDENBURG:

\_\_\_\_\_ Not Guilty    **X** Guilty

If your verdict is "Guilty", please respond to the following question. Select all answers that apply. If your answer is "Not Guilty", do not answer the question but proceed to Count 3.

For our verdict as to Count 2, we unanimously find Defendant BRYAN MELVIN BRANDENBURG

**X** willfully made a threat

**X** maliciously conveyed false information knowing the information to be false

## Count 3

With respect to Count 3, the charge of Making Any Threat or Conveying False Information Concerning Use of an Explosive, in violation of Section 844(e) of Title 18 United States Code, we find Defendant BRYAN MELVIN BRANDENBURG:

\_\_\_\_\_ Not Guilty    **X** Guilty

If your verdict is "Guilty", please respond to the following question. Select all answers that apply. If your answer is "Not Guilty", do not answer the question but proceed to Count 4.

For our verdict as to Count 3, we unanimously find Defendant BRYAN MELVIN BRANDENBURG

    ✗   willfully made a threat

    ✗   maliciously conveyed false information knowing the information to be false

**Count 4**

With respect to Count 4, the charge of Making Any Threat or Conveying False Information Concerning Use of an Explosive, in violation of Section 844(e) of Title 18 United States Code, we find Defendant BRYAN MELVIN BRANDENBURG:

  \_\_\_\_\_ Not Guilty        ✗ Guilty

If your verdict is "Guilty", please respond to the following question. Select all answers that apply.

3

If your answer is "Not Guilty", do not answer the question but proceed to Count 5.

For our verdict as to Count 4, we unanimously find Defendant BRYAN MELVIN BRANDENBURG

__✗__ willfully made a threat

__✗__ maliciously conveyed false information knowing the information to be false

### Count 5

With respect to Count 5, the charge of Making Any Threat or Conveying False Information Concerning Use of an Explosive, in violation of Section 844(e) of Title 18 United States Code, we find Defendant BRYAN MELVIN BRANDENBURG:

_____ Not Guilty          __✗__ Guilty

If your verdict is "Guilty", please respond to the following question. Select all answers that apply. If your answer is "Not Guilty", do not answer the question but proceed to Count 6.

For our verdict as to Count 5, we unanimously find Defendant BRYAN MELVIN BRANDENBURG

    __X__ willfully made a threat

    __X__ maliciously conveyed false information knowing the information to be false

### Count 6

With respect to Count 6, the charge of Making Any Threat or Conveying False Information Concerning Use of an Explosive, in violation of Section 844(e) of Title 18 United States Code, we find Defendant BRYAN MELVIN BRANDENBURG:

    _____ Not Guilty      __X__ Guilty

If your verdict is "Guilty", please respond to the following question. Select all answers that apply. If your answer is "Not Guilty", do not answer the question but proceed to Count 7.

For our verdict as to Count 6, we unanimously find Defendant BRYAN MELVIN BRANDENBURG

    __X__ willfully made a threat

    **X**   maliciously conveyed false information knowing the information to be false

## Count 7

With respect to Count 7, the charge of Making Any Threat or Conveying False Information Concerning Use of an Explosive, in violation of Section 844(e) of Title 18 United States Code, we find Defendant BRYAN MELVIN BRANDENBURG:

\_\_\_\_\_ Not Guilty      **X** Guilty

If your verdict is "Guilty", please respond to the following question. Select all answers that apply. If your answer is "Not Guilty", do not answer the question.

For our verdict as to Count 7, we unanimously find Defendant BRYAN MELVIN BRANDENBURG

    **X**   willfully made a threat

    **X**   maliciously conveyed false information knowing the information to be false

Please have the jury foreperson sign and date this Verdict Form and then inform the Court Security Officer that the Jury has reached a verdict.

DATED: __7/21/23__, 2023, at Honolulu, Hawaii.

SIGNED:  __/S/ Foreperson__

DATED __7/21/23__, 2023, Honolulu, Hawai`i.

Signed: ▮